UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVANOV SEMEN,<br><br>                        Petitioner,<br><br>    v.<br><br>A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>                        Respondent. | Case No. C10-565-MJP<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return and Motion to Dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and noting the lack of any objections or responses to that, and the remaining record, finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation;

    2.    Respondent's motion to dismiss (Dkt. 12) is **GRANTED**, and this action is **DISMISSED** as moot; and

    3.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 7th day of August, 2010.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL- 1